IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RASSAN M. TARABEIN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION: 24-00328-JB-B |
| KATHERYN SCOTT, *et al.*, | ) ) ) |
| Defendants. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Complaint be and is hereby **DISMISSED without prejudice**.

**DONE and ORDERED** this 30th day of June, 2025.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE